Adam E. Lang (022545)
Jenny J. Winkler (019032)
SNELL & WILMER
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004-2202
Telephone:    (602) 382-6000
Facsimile:    (602) 382-6070
Email: alang@swlaw.com
          jwinkler@swlawcom
*Attorneys for Defendants Wells Fargo Bank, N.A. and Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| DENNIS R. ALEXANDER,<br><br>                    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF11; QUALITY LOAN SERVICE CORPORATION, a California corporation; WELLS FARGO HOME MORTGAGE, INC., dba AMERICA'S SERVICING COMPANY; et ux., et al.<br><br>                    Defendants. | NO. 2:16-cv-02960-DGC<br><br>**NOTICE OF SETTLEMENT** |

Defendants Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 ("Deutsche Bank") and Wells Fargo Bank, N.A. (improperly named as Wells Fargo Home Mortgage, Inc. dba America's Servicing Company) ("Wells Fargo") notify the Court that the parties have reached an agreement in principal to resolve all claims between them and are in the process of preparing final documentation and a stipulation to dismiss. The parties expect to finalize their agreement on or before December 16,

1  2016.

2  RESPECTFULLY SUBMITTED this 18th day of November, 2016.

3  SNELL & WILMER L.L.P.

By *s/ Jenny J. Winkler*
Adam E. Lang
Jenny J. Winkler
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
*Attorneys for Defendants Wells Fargo and Deutsche Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to all registrants in the above matter.

I further certify that on November 18, 2016, I served the attached document by mail on the following:

Dennis R. Alexander
6564 Smoke Tree Lane
Paradise Valley, AZ  85253-4128
Plaintiff *Pro Per*

*s/Brenda Nahs*
25242889

- 2 -